Opinion issued May 6, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00188-CV

———————————

Boots & Coots Int’l Well Control, Inc., Michael L. Clark, Robert
T. Hendrix, and Glendell S. Hendrix, Appellants

V.

Expro
Americas, LLC,
Appellee



 



 

On Appeal from the 281st District Court

Harris County, Texas



Trial Court Case No. 2007-47397

 



 

MEMORANDUM OPINION

Today, the Court
considered the parties’ agreed motion to set aside the trial court’s judgment
pursuant to a settlement agreement.  We
grant the agreed motion.  Pursuant to
Texas Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court’s
judgment without regard to the merits and remand the case to the trial court
for rendition of judgment in accordance with the parties’ agreement.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Brown.